IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:05CR225(3) |
| | § | |
| EDWARD CHARLES JOHNSON | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for modification of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the report of the United States Magistrate Judge pursuant to its order. As Defendant has not filed any objections to the report and waived his right to object, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is finally **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a period of eighteen (18) months, with no supervised release to follow, and that Defendant be incarcerated in an institution with the appropriate security level that will specifically provide the 500 hour substance abuse treatment program during his term of imprisonment. The Court further recommends that Defendant's term of imprisonment be carried out in the Bureau of Prisons facility of the appropriate security level located closest to Florence, Colorado.

SIGNED this 4th day of April, 2008.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE